**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01008-CV

**PROGRESSIVE CHILD CARE SYSTEMS, INC., Appellant**

**V.**

**LEGACY VILLAGE LIMITED PARTNERSHIP, LEGACY VILLAGE ONE, L.L.C.,
SPY, INC. LEGACY VILLAGE ASSOCIATES, LTD.,
TEXAS FAMILY FITNESS 2 LLC, SC LEGACY INDEPENDENCE, LTD.,
SC LEGACY INDEPENDENCE ONE, LLC, AND
L&B REALTY ACQUISITIONS, LLC., Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-01220-2012**

## ORDER

We **GRANT** cross-appellant Spy, Inc.'s September 21, 2015 unopposed motion to

dismiss its cross-appeal. We **DISMISS** cross-appellant Spy, Inc.'s cross-appeal. *See* TEX. R.

APP. P. 42.1(a)(1).

/s/      ELIZABETH LANG-MIERS
         JUSTICE